

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| EX PARTE: | § | No. 08-19-00100-CR |
|  | § | Appeal from the |
| FERNANDO ORTIZ III. | § | County Court at Law No. 1 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 20180C10211) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF MAY, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.